**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 24-CR-20184-GAYLES/D'ANGELO**

**UNITED STATES OF AMERICA**

v.

**SONDY DALES,**

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** comes before the Court on Defendant Sondy Dales' Motion to Dismiss for Pre-Indictment Delay (the "Motion"). [ECF No. 24]. This Court referred the Motion to Magistrate Judge Ellen F. D'Angelo for a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 26]. On February 6, 2025, Judge D'Angelo issued her report recommending that the Defendant's Motion be denied (the "Report"). [ECF No. 38]. No objections were filed to the Report.

    A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

    This Court finds no clear error with Judge D'Angelo's well-reasoned analysis and agrees

with her conclusion that the Defendant's Motion to Dismiss for Pre-Indictment Delay should be denied.

## CONCLUSION

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Magistrate Judge D'Angelo's Report and Recommendation, [ECF No. 38], is **ADOPTED in full**;

(2) The Defendant's Motion to Dismiss is **DENIED**;

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of February, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE